# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | | |
|---|---|---|
| ROBERT HAROLD MUNNERLYN<br>PLAINTIFF | * * * | |
| V. | * * | |
| OJIUGO IKO, ET AL.<br>DEFENDANTS | * * * * | CASE NO. 5:17CV00113 SWW |

## **ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDRED that Griffin's motion for judgment on the pleadings (Doc. No. 12) is GRANTED IN PART and DENIED IN PART. The motion is granted with respect to Munnerlyn's official capacity claims for money damages against Griffin, but the remainder of the motion is denied. The Court certifies that an *in forma pauperis* appeal taken from this order would be frivolous and not in good faith.

IT IS SO ORDERED, THIS 6TH DAY OF DECEMBER, 2017.

/s/ Susan Webber Wright
UNITED STATES DISTRICT JUDGE