IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ROBERT HAROLD MUNNERLYN**                                          **PLAINTIFF**
**ADC #86196**

v.                 No: 5:17-cv-00113 SWW-PSH

**OJIUGO IKO,** *et al.*                                                  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that the Medical Defendants' motion for summary judgment (Doc. No. 40) is granted in part. Munnerlyn's existing claims against CCS are dismissed without prejudice for failure to state a claim. Munnerlyn's motion to amend his complaint (Doc. No. 48) is denied because the Medical Defendants have shown that Munnerlyn did not exhaust his administrative remedies as to the claim he seeks to add.

DATED this 29th day of June, 2018.

                                                     /s/Susan Webber Wright
                                                     UNITED STATES DISTRICT JUDGE