IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ROBERT HAROLD MUNNERLYN**                                          **PLAINTIFF**
**ADC #86196**

v.                  No: 5:17-cv-00113 SWW-PSH

**OJIUGO IKO,** *et al.*                                                              **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Also before the Court is Munnerlyn's "motion for a continuance pursuant to Rule 56(d) of the Federal Rules of Civil Procedure" [ECF No. 96]. He requests that the Court hold its decision in abeyance and provide him an opportunity to conduct discovery. Munnerlyn speculates that discovery may reveal that documents at issue in this case may have been received, filed, misfiled, or disposed of. However, a nonmovant seeking relief under Rule 56(d) must do more than speculate that he may discover additional facts that would overcome a motion for summary judgment. *See Stanback v. Best Diversified Prods.*, 180 F.3d 903, 911 (8th Cir.1999). Accordingly, the motion is denied.

IT IS THEREFORE ORDERED that Griffin's motion for summary judgment [ECF No. 65] is granted, and Dr. Iko's motion for summary judgment [ECF No. 40] is granted. Munnerlyn's

claims against Dr. Iko and Griffin are DISMISSED WITHOUT PREJUDICE, and his motion for a continuance [ECF Nos. 96, 100] is DENIED.

DATED this 18th day of September, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE